# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

    Plaintiff,

v.

Sahajanand Investment, LLC, a California Limited Liability Company

    Defendant.

Case No.: 2:21-cv-00809-MCE-CKD

**ORDER**

GOOD CAUSE APPEARING, the default entered against Defendant SAHAJANAND INVESTMENT, LLC, is set aside. Defendant has fourteen (14) days after the entering of this Order to provide a responsive pleading.

IT IS SO ORDERED.

DATED: SEPTEMBER 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE