1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**BRIAN WHITAKER**,

      Plaintiff,

  v.

**SAHAJANAND INVESTMENT LLC;**
California Limited Liability Company,

      Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:21-cv-00809-MCE-CKD

**ORDER GRANTING STIPULATION STAYING FURTHER PROCEEDINGS AND DEADLINES**

Complaint Filed: 5/5/2021

Hon. MORRISON C. ENGLAND, JR.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

    1.    All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in the Appeals in *Garcia v. Gateway Hotel L.P.*, No 21-55227 ("*Gateway*"); *Garcia v. E.L. Heritage Inn of Sacramento, LLC*, No. 21-15674 ("*E.L. Heritage*"); *Garcia v. Apple Seven Services SPE San Diego*, No. 21-55863 ("*Apple Seven*") (collectively "Appeals").

23
24
25
26
27
28

-1-

ORDER                                                     2:21-cv-00809-MCE-CKD

1      2.       Not later than sixty (60) days following the date this Order is electronically filed,

2  and every sixty (60) days thereafter until the stay is lifted, the parties are directed to file a Joint

3  Status Report advising the Court as to the status of the relevant appeals.

4      IT IS SO ORDERED.

5  DATED:  October 24, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

-2-